**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Abraham Garcia**<br>DOB: 1956; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-08741MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 21, 2021, in the District of Arizona, **Abraham Garcia** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Glock model 43 9mm pistol, one Glock model 17 9mm pistol, and one Glock model 19 9mm pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 21, 2021, **Abraham Garcia** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Lukeville, Arizona. Customs and Border Protection officers searched the vehicle **Garcia** was driving and located three firearms - one Glock model 43 9mm pistol, one Glock model 17 9mm pistol, and one Glock model 19 9mm pistol hidden inside the air filter compartment.

After being advised of and waiving his *Miranda* rights, **Garcia** admitted he was attempting to smuggle the three firearms hidden within the vehicle from the United States into Mexico. **Garcia** stated he expected to receive $150 per firearm, and he had placed the firearms in the air filter compartment in attempt to evade detection from law enforcement. **Garcia** also admitted he knew it was illegal to transport firearms from the United States into Mexico.

The firearms **Garcia** smuggled and intended to export to Mexico are designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Garcia** nor any other individual involved in the attempted export of the firearms had a license or any other lawful authority to export them from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Digitally signed by ANGELA<br>**ANGELA WOOLRIDGE** WOOLRIDGE<br>Date: 2021.11.22 08:39:02 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>**CHRISTOPHER M CRAVENS** Digitally signed by CHRISTOPHER M CRAVENS Date: 2021.11.22 08:59:09 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Christopher Cravens |
|---|---|
| Sworn by telephone **x**<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 22, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54